**HAL AVIATION, INC., Appellant,**

**v.**

**LABOR AND INDUSTRIAL RELATIONS COMMISSION and Division of Employment Security, Respondent.**

**No. WD 42269.**

Missouri Court of Appeals, Western District.

Dec. 11, 1990.

Christopher Graham, John L. Simion, Jefferson City, for appellant.

Ninion S. Riley, Jefferson City, for Div. of Employment Sec.

Victorine R. Mahon, Jefferson City, for Labor and Indus. Relations Com'n.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

A denial of a new hearing before the Labor and Industrial Relations Commission and the Division of Employment Security and was affirmed by the Circuit Court. Judgment affirmed.